# United States District Court

__SOUTHERN__ DISTRICT OF __OHIO__

United States of America

v.

**Shane Gaskins**

NOTICE

CASE NUMBER: **1:00cr041(01)**
**(Hogan, MJ)**

| TYPE OF CASE | | |
|---|---|---|
| | ☐ CIVIL | ☒ CRIMINAL |

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | ROOM NO.<br>Room **708** |
|---|---|
| | DATE AND TIME<br>Wednesday, April 13, 2005, at 1:30 pm |

TYPE OF PROCEEDING

**Preliminary Examination before the Honorable Timothy S. Black, U.S. Magistrate Judge.**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE<br>Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | | |
|---|---|---|

JAMES BONINI, CLERK
U.S. Magistrate or Clerk of Court

March 28, 2005                                          s/Arthur Hill
                                                        (By Deputy Clerk)

Date

To:
  Federal Public Defender
  Richard Smith-Monahan, Kelly Johnson
  2000 URS Building
  36 East Seventh Street
  Cincinnati, Ohio 45202

CC: U.S. Probation Office
    U.S. Marshal's Office
    U.S. Attorney's Office

**NOTE: It is the responsibility of Counsel to notify their clients.**