UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

v.                                          Case No. 1:00cr041
                                            (Dlott, J. ; Hogan, MJ)
Shane Gaskins,
    Defendant.

---

### ORDER APPOINTING COUNSEL

---

The Defendant has filed with this Court a financial affidavit which shows his/her inability to retain counsel.

Therefore, the Federal Public Defender, Esq., 2000 URS Center, 36 East Seventh Street, Cincinnati, Ohio 45202, 513-929-4834, is hereby appointed to represent the Defendant in this matter.

IT IS SO ORDERED.

Date 3/28/05

awh   March 28, 2005

Timothy S. Hogan
United States Magistrate Judge