CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:00cr41

vs

SHANE GASKINS

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:
Date:

Attorney for USA:     Ralph Kohnen
Attorney for Defendant:     Richard Smith-Monahan

\_\_\_\_\_     Initial appearance held. Defendant informed of rights and charges.

\_\_\_\_\_     Case continued for Probable Cause Hearing \_\_\_\_\_ Detention Hearing \_\_\_\_\_
            on _____
✓     Probable cause hearing held/(waived.)  Defendant to appear before District Judge
            _____ for Probation Violation/supervised release hearing.

\_\_\_\_\_     Probable cause found / not found

\_\_\_\_\_     Defendant DETAINED pending hearing.
\_\_\_\_\_     Defendant RELEASED on _____ bond

\_\_\_\_\_     Order APPOINTING counsel _____

Remarks:
_____
_____
_____

2005 APR 13 PM 1:37