UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                                                    Case No. CR-1-00-41 (1)

SHANE GASKINS

WAIVER OF PRELIMINARY EXAMINATION
OR HEARING
(RULE 5 OR 32.1, FED. R CRIM. P.)

I, **SHANE GASKINS**, charged in an Indictment pending in this district with supervised release violation in violation of Title and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination or hearing, do hereby waive (give up) my right to a preliminary examination or hearing.

4-13-05
Date

Defendant

Counsel for Defendant

2005 APR 13 PM 1:37

AO 468 (1/86) Waiver of Preliminary Examination or Hearing