# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. CR-1-00-41(1) |
| Plaintiff, | : | |
| | : | Judge Dlott |
| v. | : | |
| | : | |
| SHANE GASKINS, | : | |
| | : | **NOTICE OF APPEARANCE** |
| Defendant. | : | |

Steven R. Keller, Federal Public Defender for the Southern District of Ohio, accepts appointment as counsel in the above referenced case and informs the Court that Assistant Federal Public Defender Richard Smith-Monahan will represent Defendant.

Respectfully submitted,

STEVEN R. KELLER,
FEDERAL PUBLIC DEFENDER

*s/Richard Smith-Monahan*
Richard Smith-Monahan (0065648)
Assistant Federal Public Defender
2000 URS Center
36 East Seventh Street
Cincinnati, Ohio  45202
(513) 929-4834

Attorney for Defendant
Shane Gaskins

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the United States Attorney's Office via Electronic Court Filing on April 15, 2005.

*s/Richard Smith-Monahan*
Richard Smith-Monahan