IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

      vs.                      Case Number: 1:00cr41(1)

SHANE GASKINS,


Defendant admits to violations and is sentenced as follows:

Jail term of 18 Months

Conditions/Recommendations:

      That the defendant be placed at Lexington, Ky. or the closest federal institution that would afford him the maximum access to substance abuse treatment.

1 Years Supervised Release

Conditions:

      Participation in Substance Abuse Program at discretion of Probation Officer

      Defendant shall pay any unpaid monetary penalties


The Court will defer the reporting at this time. Counsel for the defendant shall notify the Court by 7/15 of the outcome of his state court charges.




Judge:              Susan J. Dlott

Courtroom Deputy:    Stephen Snyder

Court Reporter:      Betty Schwab, Official

Date:              July 5, 2005