IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cr41(1) |
| vs. : | |
| : | District Judge Susan J. Dlott |
| SHANE GASKINS, : | |
| : | |
| Defendant(s) : | |

ORDER

On July 5, 2005, this Court sentenced the above individual for violating his supervised release. The Court permitted the defendant to remain on bond so that he could dispose of his state court charges. Counsel for the defendant has reported that the defendant has entered guilty pleas to his state court charges and sentencing is set for July 26, 2005.

Accordingly, it is ordered that the Defendant will be permitted to self-surrender to the institution assigned by the Bureau of Prisons on August 26, 2005.

IT IS SO ORDERED.

                                                                                  s/Susan J. Dlott
                                                                                   Susan J. Dlott
                                                                                   United States District Judge