UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE No. 1:00cr041 (1) |
| | : | |
| v. | : | |
| | : | **NOTICE OF APPEARANCE** |
| | : | |
| SHANE W. GASKINS | : | |
| | : | J. Dlott |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Christy L. Muncy, Assistant U.S. Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for Defendant, that she is entering an appearance as lead counsel in the above captioned case, and the previously listed attorney for the United States, Ralph W. Kohnen, be terminated.

Therefore, it is requested that service of all papers filed in this action be made upon her at the address listed below.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney

        */s/ Christy L. Muncy*
        CHRISTY L. MUNCY (KY88236)
        Assistant U.S. Attorney
        221 East Fourth Street; Suite 400
        Cincinnati, Ohio 45202
        (513) 684-3711; Fax: (513) 684-6385
        christy.muncy@usdoj.gov

-2-

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Appearance was filed with the Court's CM/ECF system this **11th** day of **July, 2008**, which provides electronic notice to Richard Smith-Monahan, Asst. Federal Public Defender, 2000 URS Center, 36 E. 7th Street, Cincinnati, Ohio, 45202.

                                          */s/ Christy L. Muncy*
                                          CHRISTY L. MUNCY (KY88236)