AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     OHIO

UNITED STATES OF AMERICA
V.

Shane Gaskin

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number:   1:00cr41

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| Potter Stewart Courthouse<br>Cincinnati, OH. 45202 | Courtroom #701 |
| | Date and Time |
| Before:   Magistrate Judge Timothy S. Hogan | July 16, 2008 at 1:30 p.m. |

To answer a(n)
- ☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:
SEE ATTACHED

Bill Miller - Deputy Clerk
Name and Title of Issuing Officer

*Bill Miller* (signature)
Signature of Issuing Officer

7/9/08
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 7/10/08 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 1699 State Ave. Cincinnati, OH 45204

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    7/10/08
              Date

James Wehlrab
Name of United States Marshal

Brian Hilsinger / BH
(by) Deputy United States Marshal

Remarks:

---
[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.