AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____OHIO_____

UNITED STATES OF AMERICA

V.

Shane Gaskin

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 1:00Cr041

I, __Shane Gaskin__, charged in a ☐ complaint ☒ petition pending in this District __with violating supervised release violation__ in violation of _____18_____, U.S.C., __5582__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a  ☐ examination  ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_____
Defendant

7/16/08
Date

_____
Counsel for Defendant