IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                                         Case Number: 1:00CR41

SHANE GASKINS

## REVOCATION OF SUPERVISED RELEASE

Defendant admitted to Violation

Supervised release is revoked and defendant is sentenced to 1 day in jail followed by an additional 1 year term of supervised release

Conditions:

120 day term of electronically monitored home confinement


Judge:             Susan J. Dlott

Courtroom Deputy:  William Miller

Court Reporter:    Julie Wolfer, Official

Date:              September 5, 2008